# Court of Appeals
# of the State of Georgia

ATLANTA, __September 23, 2015__

*The Court of Appeals hereby passes the following order:*

**A16D0020. CALVIN YOUNG v. CENTRAL TRANSPORT, et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The parties should address in their briefs the applicability of *stare decisis* to *Southwire Co. v. Cato*, 179 Ga. App. 762 (347 SE2d 656) (1986), and *Carrollton Coca-Cola Bottling Co. v. Mozley*, 186 Ga. App. 730 (368 SE2d 371) (1988).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___09/23/2015___
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*